

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

St. Andrews Investments Co., LLC,

\* From the 441st District Court
of Midland County,
Trial Court No. CV54888.

Vs. No. 11-22-00322-CV

\* September 12, 2024

The Estate of Manuel Tercero Valdez, deceased, by and through Guadalupe Valdez, Executrix,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reduce the gross amount owed by St. Andrews Investments Company, LLC, to Guadalupe Valdez, to redeem the property from $68,405.69 to $64,262.16. As modified, we affirm the judgment of the trial court.